UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NURDIN SAMJI,<br><br>       Plaintiff,<br><br>   v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>       Defendant. | No. CV-05-332-FVS<br><br>ORDER OF DISMISSAL |

**THIS MATTER** having come before the Court based upon the plaintiff's notice of dismissal; Now, therefore

**IT IS HEREBY ORDERED:**

1. The plaintiff's motion to remand (Ct. Rec. 5) is denied as moot.

2. The plaintiff's complaint is dismissed without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___5th___ day of December, 2005.

                         s/ Fred Van Sickle
                          Fred Van Sickle
                    United States District Judge

ORDER - 1